18646, 18647. CHILDERS *v.* CITY OF ATLANTA; and *vice versa.*
18648, 18649. BOWEN *v.* CITY OF ATLANTA; and *vice versa.*

HEAD, Justice. In all material respects the issues of fact in the present cases are the same as those in *Hartsfield* v. *Mitchell,* 210 *Ga.* 197 (78 S. E. 2d 493), and the decision here is controlled by the rulings made in that case.

*Judgments affirmed on both of the main bills of exceptions. Cross-bills of exceptions dismissed. All the Justices concur.*

ARGUED JULY 13, 1954—DECIDED SEPTEMBER 13, 1954—
REHEARING DENIED OCTOBER 14, 1954.

*Smith, Kilpatrick, Cody, Rogers & McClatchey, Welborn B. Cody, Hoke Smith,* for plaintiffs in error.

*Thomas B. Branch, Jr.,* for parties at interest not parties to record.

*J. C. Savage, J. C. Murphy, Hamilton Lokey, J. M. B. Bloodworth, Martin McFarland, Henry L. Bowden,* contra.